**ALLOC, INC., Berry Finance N.V., and Valinge Innovation AB (Formerly Known as Valinge Aluminum AB), Plaintiff–Appellants,**

v.

**PERGO, L.L.C., Defendant–Appellee.**

No. 2011–1094.

United States Court of Appeals, Federal Circuit.

July 28, 2011.

Rehearing and Rehearing En Banc Denied Sept. 30, 2011.

David I. Roche, Baker & McKenzie, LLP, of Chicago, IL, argued for plaintiffs-appellants. With him on the brief were Daniel J. O'Connor, Edward K. Runyan and Daniel A. Tallitsch.

Donald R. Dunner, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for defendant-appellee. With him on the brief were John M. Williamson and Molly R. Silfen. Of counsel on the brief were Edward V. Filardi, Douglas R. Nemec and Edward L. Tulin, Skadden, Arps, Slate, Meagher & Flom, LLP, of New York, NY.

NEWMAN, BRYSON, and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**